No. 382.   BURT v. COE, COMMISSIONER OF PATENTS.
January 14, 1946.   Petition for writ of certiorari to the
United States Court of Appeals for the District of Colum-
bia denied.

No. 409.   PRICE v. UNITED STATES.   January 14, 1946.
Petition for writ of certiorari to the Circuit Court of
Appeals for the Fifth Circuit denied.   Petitioner *pro se.*
*Solicitor General McGrath, Messrs. Robert S. Erdahl* and
*Leon Ulman* for the United States.

No. 422.   BURTON v. UNITED STATES.   January 14,
1946.   Petition for writ of certiorari to the United States
Court of Appeals for the District of Columbia denied.
*Mr. James J. Laughlin* for petitioner.   *Solicitor General
McGrath* and *Mr. Robert S. Erdahl* for the United States.

No. 433.   VOORHEIS v. HUNTER, WARDEN.   January
14, 1946.   Petition for writ of certiorari to the Circuit
Court of Appeals for the Tenth Circuit denied.   Peti-
tioner *pro se.   Solicitor General McGrath, Messrs. Robert
S. Erdahl* and *Leon Ulman* for respondent.

No. 475.   PHILLIPS v. NEW YORK.   January 14, 1946.
Petition for writ of certiorari to the Court of Appeals of
New York denied.

No. 477.   HAINES v. NIERSTHEIMER, WARDEN.   Janu-
ary 14, 1946.   Petition for writ of certiorari to the Crim-
inal Court, Cook County, Illinois, denied.